CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10948-NG

| | |
|---|---|
| Bates v. AU Optronics Corp. et al | Date Filed: 05/18/2007 |
| Assigned to: Judge Nancy Gertner | Date Terminated: 07/09/2007 |
| Cause: 15:1 Antitrust Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Heidi Bates**  represented by  **Jennifer R. Seltenrich**
*on behalf of herself and all others*          Michaels & Ward, LLP
*similarly situated in the Commonwealth*      12 Post Office Square
*of Massachusetts*                            4th Floor
                                              Boston, MA 02109
                                              617-350-4040
                                              Fax: 617-350-4050
                                              Email: jrs@michaelsward.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp.America;**

**Defendant**

**Chi Mei Optoelectronics Co.,LTD**

**Defendant**

**Chi Mei Optoelectronics USA,Inc.**

**Defendant**

**Chunghwa Picture Tubes;LTD**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**


Fujitsu Limited, Inc.

**Defendant**
Hannstar Display Corporation

**Defendant**
Hitachi,LTD.

**Defendant**
Hitachi Displays LTD

**Defendant**
Hitachi America, LTD

**Defendant**
Idtech Co.,LTD

**Defendant**
Idtech USA,Inc.

**Defendant**
IPSA Alpha Technology,LTD

**Defendant**
LG.Philips LCD Co.,LTD

**Defendant**
LG.Philips LCD America,Inc.

**Defendant**
Matsushita Electric Industrial Co.LTD

**Defendant**
Panasonic Corporation of North America

**Defendant**
Mitsubishi Electric Corporation

**Defendant**
Mitsubishi Electric & Electronics USA, Inc.

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, LTD.

**Defendant**

Samsung Electronics Company LTD

**Defendant**

Samsung Electronics America

**Defendant**

Sanyo Electric Co., LTD.

**Defendant**

Sanyo North America Corporation

**Defendant**

Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson America, Inc.

**Defendant**

Epsono Electronics America, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

S-LCD Corporation

**Defendant**

Syntax-Brillian Corp.

**Defendant**

Case 3:07-cv-03671-SI    Document 1-6    Filed 07/17/2007    Page 4 of 5

CM/ECF - USDC Massachusetts - Version 3.0.5 - Docket Report    https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?404431549814749-L_3...

Toshiba Corporation

**Defendant**

**Toshiba Matsushita Display Technology Co., LTD**

**Defendant**

**John Does 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | 1 | COMPLAINT against all defendants, filed by Heidi Bates. (Attachments: # 1 Civil Cover Sheet)(Johnson, Jay) (Entered: 05/18/2007) |
| 05/18/2007 |  | ELECTRONIC NOTICE of Case Assignment. Judge Nancy Gertner assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander (Johnson, Jay) (Entered: 05/18/2007) |
| 05/18/2007 |  | Summons Issued as to Fujitsu Limited, Inc., Hannstar Display Corporation, Hitachi,LTD., Hitachi Displays LTD, Hitachi America, LTD, Idtech Co.,LTD, Idtech USA,Inc., IPSA Alpha Technology,LTD, LG.Philips LCD Co.,LTD, LG.Philips LCD America,Inc., Matsushita Electric Industrial Co.LTD, Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, LTD., Samsung Electronics Company LTD, Samsung Electronics America, Sanyo Electric Co., LTD., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epsono Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba Matsushita Display Technology Co., LTD, AU Optronics Corp., John Does 1-100, AU Optronics Corp.America;, Chi Mei Optoelectronics Co.,LTD, Chi Mei Optoelectronics USA,Inc., Chunghwa Picture Tubes;LTD, Fujitsu America, Inc.. (Filo, Jennifer) (Entered: 05/22/2007) |
| 05/18/2007 |  | Filing fee: $ 350.00, receipt number 80203 for 1 Complaint (Filo, Jennifer) (Entered: 05/22/2007) |
| 06/15/2007 | 3 | NOTICE of copy of Conditional Transfer Order. (Patch, Christine) (Entered: 07/03/2007) |
| 07/02/2007 | 2 | Remark: CC of order from MDL panel advising case will be transfered when order is received. (Order forwarded to docket clerk) (Hassett, Kathy) Additional attachment(s) added on 7/2/2007 (Hassett, Kathy). (Entered: 07/02/2007) |

| 07/09/2007 | ●4 | Case transferred to The Northern District of California pursuant to Conditional Transfer Order entered by the MDL Panel on 6/28/2007. (Filo, Jennifer) (Entered: 07/16/2007) |