Pete S. Michaels
Deborah G. Evans
Jennifer R. Seltenrich
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA  02109
(617)350-4040 (phone)
(617)350-4050 (fax)
jrs@michaelsward.com

Attorneys for Plaintiff,
Heidi Bates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M-07-cv-01827 SI |
|---|---|
| | MDL No. 1827 |
| This Document Relates To: Case No. C07 03671, an Indirect Purchaser Action. | **PLAINTIFF, HEIDI BATES', CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ *Jennifer R. Seltenrich*
Pete S. Michaels
Deborah G. Evans
Jennifer R. Seltenrich
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
Boston, MA  02109
(617)350-4040 (phone)
(617)350-4050 (fax)
jrs@michaelsward.com

Dated: September 25, 2007

1

PLAINTIFF, HEIDI BATES', CERTIFICATION OF INTERESTED ENTITIES         M-07-cv-01827 SI
OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-1